FILED 06 APR '21 16:29 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:21-cr-00104-IM |
| v. | INDICTMENT |
| RODRIGO DIAZ-LOPEZ (a.k.a. MIGUEL MUNIZ DURON); and LUIS ARTURO BARAHONA RODAS, | 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(i); 843(b); 856(a) and 846 |
| Defendants. | Forfeiture Allegations |
| | **UNDER SEAL** |

## COUNT 1
**(Conspiracy to Possess with Intent to Distribute and Distribute Controlled Substances, to Use a Communication Facility and to Maintain Drug-Involved Premises)**
**(21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(i), 843(b), 856(a) and 846)**

Beginning on an unknown date but no later than on or before the month of January 2021, and continuing until March 12, 2021, in the District of Oregon and elsewhere, defendants **RODRIGO DIAZ-LOPEZ (a.k.a. MIGUEL MUNIZ DURON); and LUIS ARTURO BARAHONA RODAS,** and others known and unknown to the grand jury, did knowingly and intentionally combine, conspire, confederate, and agree with each other and other persons, whose identities are known and unknown, to commit the following objects in violation of Title 21, United States Code, Section 846:

### Objects of the Conspiracy

A. **Possession with Intent to Distribute Heroin**: The conspirators agreed to possess with intent to distribute 1 kilograms or more of a mixture or substance containing a detectible

amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(i).

  B. **Distribution of Heroin**: The conspirators agreed to distribute 1 kilogram or more of a substance containing a detectible amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(i).

  C. **Use of a Communication Facility**: The conspirators agreed to use communication facilities, including cellular telephones, in committing, causing, or facilitating the commission of a controlled substance felony under Subchapter I of Title 21 of the United States Code, in violation of Title 21, United States Code, Section 843(b).

  D. **Maintaining Drug-Involved Premises:** The conspirators agreed to open, lease, rent, use and maintain facilities for the purpose of distributing heroin, a Schedule I controlled substance, and methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 856(a).

### Manner and Means

The manner and means used to accomplish the objectives of the conspiracy included, among others, the following:

It was part of this conspiracy for certain of the defendants and others to store, transport, and conceal controlled substances.

It was part of this conspiracy for certain of the defendants and others to use cellular telephones to further the possession and distribution of controlled substances, and to use coded language to communicate with each other in the course of the conspiracy.

It was part of this conspiracy for certain of the defendants and others to process, store, weigh, and package controlled substances for distribution.

It was part of this conspiracy for certain of the defendants and others to maintain premises for the purposes of storing, packaging, possessing, and distributing controlled substances.

It was part of this conspiracy to use and maintain motor vehicles to transport controlled substances, money, and co-conspirators, to facilitate drug transactions, and to employ counter-surveillance methods while driving or during the conduct of transactions, in the course of possessing with intent to distribute and distributing controlled substances and transporting drug proceeds.

It was part of this conspiracy to provide physical locations for conspirators to store, process and organize the distribution of controlled substances.

It was part of this conspiracy to smuggle money across state and international borders to facilitate drug transactions and payment for controlled substances.

In furtherance of this conspiracy, and to effect and accomplish its objectives, the defendants and other co-conspirators committed one or more of the following overt acts:

### Overt Acts

All factual allegations set forth in Counts 2-3 of this Indictment are hereby incorporated by reference and re-alleged as overt acts in furtherance of the conspiracy allected in Count 1 of this Indictment. In furtherance of the conspiracy and to effect the objects of the conspiracy, the following overt acts, among others, were committed in the District of Oregon and elsewhere:

1. From on or about March 3, 2021 to on or about March 11, 2021, **RODRIGO DIAZ-LOPEZ (a.k.a. MIGUEL MUNIZ DURON)** and **LUIS ARTURO BARAHONA RODAS,** and others known and unknown to the grand jury, facilitated and arranged to distribute a substance containing a detectable amount of heroin, from **RODRIGO DIAZ-LOPEZ (a.k.a.**

MIGUEL MUNIZ DURON) to **LUIS ARTURO BARAHONA RODAS** for further distribution to **LUIS ARTURO BARAHONA RODAS'** drug customers.

2. On or about March 11, 2021, **RODRIGO DIAZ-LOPEZ (a.k.a. MIGUEL MUNIZ DURON)** possessed with intent to deliver, and did deliver, 100 grams or more of a substance containing a detectable amount of heroin to **LUIS ARTURO BARAHONA RODAS,** for further distribution to **LUIS ARTURO BARAHONA RODAS'** drug customers.

3. From on or about March 3, 2021 to on or about March 11, 2021, **RODRIGO DIAZ-LOPEZ (a.k.a. MIGUEL MUNIZ DURON)** and **LUIS ARTURO BARAHONA RODAS** did facilitate, arrange, and transport a substance containing a detectable amount of heroin to be stored at a premises for further distribution to other drug customers.

## COUNT 2
**(Possession with Intent to Distribute Methamphetamine)**
**(21 U.S.C. § 841(a)(1), (b)(1)(A)(viii))**

On or about March 12, 2021, in the District of Oregon, defendant **RODRIGO DIAZ-LOPEZ (a.k.a. MIGUEL MUNIZ DURON),** did unlawfully and knowingly possess with intent to distribute 500 grams or more of a substance and mixture containing methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance;

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(viii).

## COUNT 3
**(Possession with Intent to Distribute Heroin)**
**(21 U.S.C. § 841(a)(1), (b)(1)(A)(i))**

On or about March 12, 2021, in the District of Oregon, defendant **RODRIGO DIAZ-LOPEZ (a.k.a. MIGUEL MUNIZ DURON),** did unlawfully and knowingly possess with intent to distribute one kilogram or more of a mixture or substance containing a detectible amount of heroin, a Schedule I controlled substance,

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(i).

## FIRST FORFEITURE ALLEGATION

Upon conviction of one or more of the controlled substance offenses alleged in Counts one through three of this Indictment, defendants **RODRIGO DIAZ-LOPEZ (a.k.a. MIGUEL MUNIZ DURON);** and **LUIS ARTURO BARAHONA RODAS,** shall forfeit to the United States pursuant to 21 U.S.C. § 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the said violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations.

## SUBSTITUTE ASSETS

If any forfeitable property, as a result of any act or omission of the defendants:

(a)   cannot be located upon the exercise of due diligence;

(b)   has been transferred or sold to, or deposited with, a third party;

(c)   has been placed beyond the jurisdiction of the court;

(d)   has been substantially diminished in value; or

(e)   has been commingled with other property which cannot be divided without difficulty;

/ / /

/ / /

/ / /

**Indictment**                                                                                                                    **Page 5**

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p) as incorporated by 18 U.S.C. § 982(b), to seek forfeiture of any other property of said defendants up to the value of the forfeitable property described above.

Dated: April 6, 2021.

A TRUE BILL.

███████████████

OFFICIATING FOREPERSON

Presented by:

SCOTT ERIK ASPHAUG
Acting United States Attorney

*/s/ Paul T. Maloney*
PAUL T. MALONEY, OSB #013366
Assistant United States Attorney